UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD T. MONTEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>SCOTT R. JONES, *et al.*,<br><br>            Defendants. | Case No. 2:20-cv-01681-KJM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AN AMENDED COMPLAINT<br><br>ECF No. 13 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. Good cause appearing, it is hereby ordered that:

1. Plaintiff's motion for an extension of time, ECF No. 13, is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   January 4, 2021                         _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE