UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD T. MONTEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>SCOTT R. JONES, *et al.*,<br><br>            Defendants. | Case No. 2:20-cv-01681-JAM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 17 |

Plaintiff has filed a motion for an extension of time to file objections to the March 30, 2021 findings and recommendations. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 17, is granted.

2. Plaintiff is granted thirty days from the date of this order to file objections to the March 30, 2021 findings and recommendations.

IT IS SO ORDERED.

Dated:   April 21, 2021                         _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE