UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD T. MONTEZ,<br><br>   Plaintiff,<br><br> v.<br><br>SCOTT R. JONES, et al.,<br><br>   Defendants. | No. 2:20-cv-1681-JAM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME<br><br>ECF No. 19<br><br>OBJECTIONS DUE WITHIN 30 DAYS |

  Plaintiff filed a motion for extension of time to file objections to the March 30, 2021 findings and recommendations. For good cause shown, it is hereby ordered that:

  1. Plaintiff's second motion for an extension of time, ECF No. 19, is granted.

  2. Plaintiff has thirty days from the date of entry of this order to file objections.

  3. No further extensions will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   June 4, 2021                     
                    JEREMY D. PETERSON
                    UNITED STATES MAGISTRATE JUDGE